ANGIE S. PETIT, INDIVIDUALLY AND TRADING AS CALI-
FON TRUCKING CO., PLAINTIFF-APPELLANT, v. LOUIS
J. FEINS AND ALEXANDER JAMES, DEFENDANTS-RE-
SPONDENTS.

Argued February 6, 1945—Decided April 19, 1945.

For the appellant, *Bernard Shurkin* (*Stanley W. Green-
field*, of counsel).

For the respondents, *John C. Grimshaw* (*David E. Feld-
man*, of counsel).

PER CURIAM.

This appeal is from a judgment of the Supreme Court
entered against appellant, plaintiff below.

The action was for the recovery of damages growing out of
a collision between the automobile trucks of the parties. At
the close of 'the case counsel for defendant moved for a direc-
tion of verdict. The learned trial court in response to this
motion reviewed the testimony submitted during the trial
and concluded: "On both the question of contributory negli-
gence and on the main case, the court is of the opinion that
there is nothing upon which the ordinary mind might differ
in this case, and I will grant the motion for direction of ver-
dict." No objection or exception to this ruling was made by
plaintiff.

The only ground of appeal is that the court below erred in
directing the verdict in favor of defendants as above indi-
cated. But the failure of plaintiff to make objection or excep-
tion to the ruling of the trial court leaves this court without
any matter for decision. *Sprouls* v. *Quartier,* 109 *N. J. L.*
191; *Ronkeroni* v. *Public Service Electric Co.,* 113 *Id.* 405.

The judgment appealed from is affirmed.

*For affirmance*—THE CHANCELLOR, CHIEF JUSTICE, PAR-
KER, CASE, BODINE, DONGES, HEHER, PERSKIE, PORTER,
COLIE, WELLS, RAFFERTY, THOMPSON, DILL, JJ. 14.

*For reversal*—None.